JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE D. CITIZEN, | Case No. 5:20-cv-00172-CJC-JC |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 9, 2022

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE